unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 18137-5-III.    Division Three.    November 30, 1999.]

INLAND FOUNDRY COMPANY, INC., *Appellant*, v. SPOKANE COUNTY AIR POLLUTION CONTROL AUTHORITY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-02110-1, Salvatore F. Cozza, J., entered December 7, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 18138-3-III.    Division Three.    November 30, 1999.]

INLAND FOUNDRY COMPANY, INC., *Appellant*, v. SPOKANE COUNTY AIR POLLUTION CONTROL AUTHORITY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-02114-4, Salvatore F. Cozza, J., entered December 7, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 17353-4-III.    Division Three.    November 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD K. MOCCARDINE, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 97-1-00182-9, Michael E. Cooper, J., entered March 2, 1998. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Sweeney, J.